# Exhibit A

## INVESTGATION REPORT
### Assigned: Det. Joseph George #8043 IDIS Phila PD.

### CO-Assigned: TFO D. Kiddie (Bucks Co/DEA), Det. M. Tobbie (Bensalem PD) & Det. D. Muragia NJSP

### A. TARGETS

a) The target of this investigation is **MATT (Mack) JONES**, who resides at 108 Federal Street Bensalem Pa and old address of 4233 Greeby Street, Philadelphia, Pennsylvania.

b) **Matt (MACK) JONES**, 35yrs, black male, DOB: 12/17/1982. According to the Criminal History Repository is assigned PID-0896070, SID-28656556 & FBI #494830TB1. JONES has eleven (11) prior arrest under PID-0896070, eight (8) of the arrest are narcotic related. According to the Pennsylvania Bureau of Motor Vehicles is assigned a driver's license number 26719687 with an address of 4233 Greeby Street, Philadelphia, Pennsylvania, 19135.

c) **Taylor N. WOOD** 23yrs, black female, dob-07/02/1995, with a New Jersey DMV address of ███████████████████████ Criminal History check is negative at this time. WOOD is operating the gray 2008 Honda Accord bearing New Jersey registration G50-GBX. According to the New Jersey Bureau of Motor Vehicles, the 2008 Honda Accord is registered to Taylor N. WOOD at ███████████████████████

d) **Carol Njeri LUCY (CAROL)**, 30yrs, black female, DOB: 07/13/1987 and address 1751 Foster Street, Apartment C8B, Philadelphia, PA. According to the Criminal History Repository is assigned NY SID-12565204M & FBI #555936XD1. LUCY has one (1) prior arrest for DUI.

### B. PROBABLE CAUSE

1. In January 2018, Detective Douglas Muraglia from the New Jersey State Police (NJSP) Gangs and Organized Crime unit received information from a NJSP cooperating source, (NJSP #CS-2017-00842 / herein after referred to as CI) that a female named "Carol" (identified as Carol Njeri LUCY), who resides in Philadelphia, PA, is working for an

1

located at Red Lion & Roosevelt Blvd. JONES left the parking lot, then entered the parking lot across the street in front of the Planet Fitness Center (3:35PM / 9950 E. Roosevelt Blvd).

46. At approximately 3:37 PM, Det George observed a black male exit a blue in color Toyota Camry bearing Maryland registration 6CV-6697 (reg owner: Hertz Corp LLC to BWI Airport Baltimore to 2017 Toyota), this male entered JONES's Buick in the front passenger side. Approximately 2 minutes later this male exits the Buick, Det. George observed this male place an unknown object into his front right pocket and re-entered the blue Toyota and left the area N/B on the Blvd, was lost due to traffic. JONES was followed by officers. **NOTE**: Based on Det. George experience in narcotics, it is believed by Det George that this meeting was consisted with a drug transaction.

47. At approximately 3:55 PM, JONES was followed to and arrived at 108 Federal Street Bensalem Pa., (Waterside Real Estate Development located to 2375 State Rd Bensalem Pa 19020) parked and entered 108 Federal Street (Officers believed that JONES is now living at this location).

48. On Tuesday June 26, 2018, Det George was informed by Det. Douglas Muraglia from the New Jersey State Police (NJSP) that Carol Njeri LUCY (CAROL) returned from Africa and is believed to be back in Philadelphia area.

49. On Wednesday June 27, 2018 in the AM and PM surveillance was conducted by Philadelphia PD IDIS (P/O's J. Press, C. Williams, M. Williams, W. Arnold) in the area of various location connected with M. JONES, C. LUCY and vehicle associated with both, resulting in negative results.

50. Officers check Taylor WOOD address at 2031 S. Juniper Street Apt-301 for WOOD and for WOOD's Honda accord NJ registration G50-GBX, both negative results. Detective D. Muraglia (NJSP) had the location at 907 Pasadena Dr, Somerdale NJ checked and found that WOODs vehicle the Honda Accord was parked outside this location. (believed to be WOODs parents residences)

51. On Wednesday July 11, 2018, at approximately 9:30 PM, as result of electronic surveillance revealed that LUCY's target cellular phone 213-425-6605 was located at 1751 Foster Street Philadelphia Pa. Showing that this phone was still activated under target number 213-425-6605 that is subscribed to LUCY.

# Exhibit A

2

52. On Wednesday July 17, 2018 at approximately 1:31 AM early morning, as result of electronic surveillance revealed that LUCY's target cellular phone 213-425-6605 was located at 108 Federal Street Bensalem Pa. Showing that this phone was activated under target number 213-425-6605.

53. On Wednesday July 17, 2018 members of Philadelphia PD IDIS, New Jersey State Police Fugitive & Gang Units, Bensalem Special Investigation Unit and Bensalem PD Uniform Units went to 108 Federal Street Bensalem Pa a known location believed to be where JONES is living at this time. Officers did go 108 Federal Street Bensalem Pa as results from New Jersey CDW Ping warrant (PEW-MER390 CDW-2018) on LUCY cellular telephone # 213-425-6605 that indicated that the cellular phone was being located inside 108 Federal Street Bensalem Pa upper floor towards the rear of the property (**NOTE**: LUCY and the target phone was located in the 3nd floor rear bedroom of this property). Officers did have New Jersey Arrest Warrant # 0412-W-2018-001437 for LUCY for narcotic violation. **NOTE:** Based on information received by TFO D. Keddie, that JONES may now be operation a Mercedes Benz SUV no longer the white Buick. P/O M. Williams observed that this vehicle was parked in the rear of 108 Federal Street. At this time officers believed that both JONES and LUCY were inside 108 Federal Street.

54. At approximately 9:30 AM, members of Bensalem Special Investigation, Bensalem PD Uniform, Patrol Corporal J. Gansky (Bensalem PD) and Philadelphia PD IDIS Detective Joseph George and made contact with JONES at 108 Federal Street. Once JONES answered the door JONES was advised by Cpl J. Gansky that they were investigating a 911 call as a ruse to keep JONES calm so JONES didn't know that officers were looking for LUCY with arrest warrant at this time. JONES did appear to be suspicious, nervous, avoided eye contact, agitated and informed officers that he was in the residence alone and that nobody in the residence contacted 911. JONES did let the officers enter the property, Officers entered the residence in effort to locate LUCY for the active arrest warrant and the indication from the ping equipment that LUCYs phone was inside this residence upper floors rear. JONES was advised that officers needed to check the residence in regard to any other persons inside this location. JONES did agreed to let officer's check the residence and officers followed JONES up to the 2nd story as JONES did became more aggravated and JONES was advised to sit on the couch on the 2nd floor living room/kitchen area but

11

# Exhibit

# A

3



# Bensalem Township Police
## Incident Report Form

18-21239
07/17/2018
Drug Violation

Temp: 75 Degrees

Humidity: 81%

Season: Summer

Surfaces: concrete

**COMMENTS / NARRATIVES**

Title
**SUPPLEMENTAL**

| Narrative Created By / Creation Date | | Narrative Updated By / Update On | |
|---|---|---|---|
| JOSEPH GANSKY 36413 | 07/25/2018 | JOSEPH GANSKY 36413 | 07/30/2018 |

Narrative Approved By / Approved Date

Report prepared by Cpl. Gansky #22107

On 7/17/18, I assisted SIU and Philly/NJ police in an attempt to serve an active arrest warrant for Carol Lucy. Philly/NJ police had a warrant for Lucy for possession with intent to deliver. The Philly/NJ officers had credible information that Lucy was at the residence at 108 Federal Street in Bensalem.

Upon arrival, I approached the door and began to ringing the door bell. For a few moments, I did not observe any movement inside. While ringing the door bell, Officer Fox stated that she observed movement from the third floor window of the residence.

A few moments later, I observed a black male approach the door. He was identified as Mack Jones. As Jones answered the door, I identified myself as a Bensalem Police Officer and asked if I could come in to speak with him for a second. Mr. Jones stated yes and we entered into the front foyer of the residence.

I advised Mr. Jones that we were at the residence for a 911 hang up call and wanted to make sure everyone in the house was ok. Due to officer safety concerns, I felt that this would be a routine call that should not cause the owner to be surprised that the police were at the door. In wanted subject cases, it has worked where a subtly approach has put the offender at ease because they believe the police are not there for them. Immediately upon speaking with Mr. Jones, he was extremely nervous.

While speaking with Jones, I asked him if there was anyone else in the residence. Immediately while speaking with Jones, he appeared to be suspicious. He avoided making eye contact with me and would not answer the question if he was alone. Mr. Jones was so nervous that he was unable to complete a statement before making another statement. Asking what is going on and what is this all about. I explained to Mr. Jones again that we just wanted to make sure everyone was ok. Mr. Jones again began to become agitated and would avoid the question of are you alone in the house.

Based on this interaction with Mr. Jones, and my training and experience, it was clear that Mr Jones was being deceptive in his answers. We followed Mr. Jones up to the second floor landing. While there in plain view I observed a money counter. The other officers on scene checked the residence for Ms. Jones.

A search warrant was applied for the residence. See supplemental for further details.

**COMMENTS / NARRATIVES**

Title
**SUPPLEMENT**

| 18-21239 | 07/17/2018 | [x] | APPROVED BY: MICHAEL RIHL MO23036A | PAGE 11 |
|---|---|---|---|---|
| IRF 1.6 | | | APPROVED ON: 08/21/2018 | |

| Commonwealth of Pennsylvania |  | AFFIDAVIT OF |
|---|---|---|
| COUNTY OF BUCKS | | PROBABLE CAUSE (CONTINUATION PAGE) |

| Docket Number (Issuing Authority): | Police Incident Number: 18-21239 | Warrant Control Number: 18-21239 (SW1) |
|---|---|---|

*PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:*

Throughout this investigation, it was learned that Jones was a main supplier of heroin/Fentanyl, and utilized various individuals, including Lucy, to deliver his drugs to New Jersey and throughout the Philadelphia area. As a result of this investigation, on June 28, 2018, the Honorable Kelly, Judicial Superior Court, of the Camden County Superior Court in New Jersey approved an arrest warrant for Carol Lucy for first degree felony charges including the distribution of heroin and Fentanyl (over five ounces), distribution of heroin/Fentanyl within a school zone, and possession of a controlled substance. These charges were reflected on a covert warrant, later assigned warrant number 0412-W-2018-001437, and entered into NCIC with full extradition to New Jersey on the authority of Deputy Attorney General Katherine Morris. Due to Lucy's frequent travel out of the country and to other states, a subsequent CDW ping warrant (PEW-MER 390 CDW-2018) was completed and approved by Judge Warshaw, Judicial Superior Court, presiding judge of the Mercer County Superior Court, for the ping tracking of Lucy's cell phone, which she utilized during the narcotics investigation.

On July 17, 2018, Lucy was pinged at 108 Federal Avenue, Bensalem, Bucks County, PA, 19020, a known location frequented by Jones during the narcotics investigation. The New Jersey State Police Fugitive Unit, New Jersey State Police Gang Unit, DEA Maple Shade, Philadelphia Police Department Intensive Drug Investigative Squad and Bensalem Township Police Department subsequently met on July 17, 2018, to effect the arrest of Lucy at 108 Federal Avenue, Bensalem, Bucks County, PA, 19020.

On July 17, 2018 Officer Grayo and Detective Tobia responded to 108 Federal Avenue, Bensalem, Bucks County, Pennsylvania 19020 with other members of Bensalem Township Police and members of Philadelphia Police IDIS, New Jersey State Police Anti-Gang Unit and DEA Group 51. Lucy's New Jersey warrant, 0412-W-2018-001437, remained outstanding.

Members of Bensalem Special Investigations Unit along with Philadelphia Police IDIS Officer Joseph George #8043 made contact with Jones at 108 Federal Avenue, Bensalem, Bucks County, when he answered the door. Jones was advised officers were investigating an abandoned 911 call as a ruse to keep him calm. Jones, who appeared nervous, stated that he was in the residence alone and that nobody in the residence contacted 911. Bensalem Police, Philadelphia IDIS and New Jersey State Police entered the residence in an effort to locate Lucy for her warrant as the ping data placed her there.

Jones became more aggravated as he walked up to the second story, and his pulse could be observed pounding in his neck. Jones was advised to sit on the couch on the second floor living room/kitchen area. Upon entry onto the second floor, Officer Grayo observed a money counter plugged in on the kitchen counter along with two razor blades with a white substance and a Ziploc freezer bag sealer next to them. Also in a kitchen walk in closet Officer Grayo observed containers commonly used to package narcotics and a long rifle which appeared to be an assault rifle. Based on Officer Grayo's training, experience, and education, he knows drug dealers commonly use money counters for large sums of cash, as drug trafficking is typically a cash-only business that results in an abundance of bills, and the Ziploc freezer bag sealers to seal the narcotics in bags so a K-9 dog would not be able to detect the odor or to seal bulk currency for transport. Also razor blades are commonly used to cut or mix the narcotics, sometimes with other powder.

I, THE AFFIANT, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

| Affiant Signature | Date 7-17-18 | Issuing Authority Signature | Date 7-17-18 |
|---|---|---|---|

AOPC 411B    2

MATT JONES 76957-066
F.C.I BENNETTSVILLE

P.O. BOX 52020

Bennettsville S.C. 29512

RECEIVED
AUG 0 3 2023
BY:_____

UNITED STATES DISTRICT COURT
Clerk of the Courts

601 Market Street

Philadelphia PA 19106



CERTIFIED MAIL™

7014 1200 0000 8679 2131

LEGAL MAIL



Federal Correctional Institution
696 Muckerman Rd., Bennettsville, S.C. 29512
Date: 07-31-2023

The enclosed letter was processed through Special Mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosure to the above address.

U.S.M.S. X-RAY