IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MATT JONES** *AKA MACK JONES*, : |  |
|     **Plaintiff,** : |  |
| : |  |
| **v.** : | **CIVIL ACTION NO. 23-CV-2967** |
| : |  |
| **JOSEPH GANSKY,** *et al.*, : |  |
|     **Defendants.** : |  |

## ORDER

AND NOW, this **10th** day of **October**, 2024, upon consideration of (1) Defendant Joseph George's Motion to Dismiss (ECF No. 19), Plaintiff Matt Jones's Response thereto (ECF No. 34), and George's Reply thereon (ECF No. 36); (2) Defendants Christopher Grayo and Matthew Tobie's Motion to Dismiss (ECF No. 37) and Jones's Response thereto (ECF No. 42); (3) Defendant Joseph Gansky's Motion to Dismiss (ECF No. 47) and Jones's Response thereto (ECF No. 56); (4) Douglas Muraglia's Motion to Dismiss (ECF No. 52) and Jones's Responses thereto (ECF No. 57); and (5) Dale Keddie's Motion to Dismiss (ECF No. 60) and Jones's Responses thereto (ECF No. 55, 56), it is **ORDERED** that:

1. The Motions (ECF Nos. 19, 37, 47, 52, and 60) are **GRANTED** for the reasons stated in the Court's accompanying Memorandum.

2. The Complaint is **DISMISSED WITH PREJUDCE** as to Defendants Joseph George, Christopher Grayo, Mathew Tobie, Joseph Ganksy, Douglas Muraglia, and Dale Keddie.  The Clerk of the Court is **DIRECTED** to **TERMINATE** Joseph George, Christopher Grayo, Mathew Tobie, Joseph Ganksy, Douglas Muraglia, and Dale Keddie as a Defendants.

3.     Within twenty-one (21) days of the date of this Order, Jones shall **SHOW CAUSE** why his claims against Defendant Jillian Fox should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve.

4.     If Jones fails to comply with this Order, his claims against Jillian Fox may be dismissed without further notice.

**BY THE COURT:**

/S/ Kai N. Scott
**KAI SCOTT, J.**